# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148442(72)

DEPARTMENT OF NATURAL RESOURCES
AND ENVIRONMENT, f/k/a DEPARTMENT
OF ENVIRONMENTAL QUALITY,
          Plaintiff-Appellee,

v

REXAIR, INC.,
          Defendant-Appellant.

_____/

SC: 148442
COA: 297663
Ingham CC: 89-064557-CE

      On order of the Chief Justice, the motion for the temporary admission of Scott H. Reisch to practice *pro hac vice* under MCR 8.126 on behalf of defendant-appellant Rexair, Inc., is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2014



Clerk